IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>ROGER L. YOUNG<br>Defendant. | No. 3:16-CR-101-001<br>JUDGE CRYTZER |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Roger L. Young, and the defendant admits that he has violated his supervised release as alleged in the petition. An agreement has been reached between the parties, recommending that his supervised release should be revoked and that he should receive a sentence of 52 months imprisonment with no supervised release to follow.

Mr. Young agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The defendant's criminal history category is V. The advisory guideline range is 46-57 months for "Grade A" violations which the Court has carefully considered. There is a statutory maximum of five years imprisonment which the Court has also considered. The Court has also considered the factors listed in 18 U.S.C. § 3553(a).

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. § 3553(a) while taking

into consideration all of those factors and the Chapter Seven policy statements.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is revoked. The defendant is hereby sentenced to 52 months imprisonment with no supervised release to follow.

_____
Honorable Katherine A. Crytzer
United States District Court Judge

APPROVED FOR ENTRY:

/s/Russ Swafford (SO/by permission)
_____
Russ Swafford
Assistant U.S. Attorney

_____
Sarah H. Olesiuk
Attorney for Defendant

_____
Roger L. Young
Defendant

_____
April Bradford
U.S. Probation Officer

2